UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 12-CV-3047 PAM/JJG
_____

MADONNA CARLSON-ALOJADO,

      Plaintiff,

v.                                     **NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

ALPHA RECOVERY CORPORATION,

      Defendant.
_____

**NOTICE IS HEREBY GIVEN THAT** the Plaintiff in the above-entitled action voluntarily dismisses this matter with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

                                     MARTINEAU, GONKO & VAVRECK, PLLC

Dated: January 31, 2013            s/ Mark L. Vavreck                                 .
                                            Mark L. Vavreck, Esq.
                                            Attorney I.D.#0318619
                                            Designers Guild Building
                                            401 North Third Street, Suite 600
                                            Minneapolis, MN 55401
                                            mvavreck@mgvlawfirm.com
                                            Telephone: (612) 659-9500
                                            Facsimile:   (612) 659-9220

                                            ATTORNEY FOR PLAINTIFF