**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 12-CV-3047 PAM/JJG**

_____

MADONNA CARLSON-ALOJADO,

          Plaintiff,

v.                                                    **ORDER FOR DISMISSAL**

ALPHA RECOVERY CORPORATION,

          Defendant.

_____


        Based upon the Notice of Voluntary Dismissal with Prejudice, Civil Docket

number 6, filed by Plaintiff on January 31, 2013, and upon all the files, records and

proceedings herein,

        IT IS ORDERED that this action is dismissed with prejudice and on the

merits, without costs or disbursements to any party.

                **BY THE COURT:**


Dated:  February 27, 2013           s/Paul A. Magnuson
                             The Honorable Paul A. Magnuson
                             Judge of United States District Court